**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-00454-LTB-MJW

GEODE CONSTRUCTION, INC.,

    Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, a United States Government Corporation, as Receiver of New Frontier Bank,

    Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 5 - filed July 6, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED:   July 7, 2010